UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION OF THE     <u>ORDER</u>
UNITED STATES OF AMERICA FOR AN ORDER
AUTHORIZING THE INTERCEPTION OF WIRE
COMMUNICATIONS OCCURRING TO AND FROM
TELEPHONE NUMBER (718) 335-7928,
SUBSCRIBED TO BY LISA'S AUTO REPAIR,
50-30 70TH STREET, QUEENS, NEW YORK

- - - - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

       Upon consideration of the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Scott B. Klugman, it is hereby:

<u>O R D E R E D</u>:

       1. That agents of the Drug Enforcement Administration are authorized to destroy 80 cassette tape recordings of wire communications intercepted between June 5, 1990 and July 3, 1990, occurring to and from TELEPHONE NUMBER (718) 335-7928, SUBSCRIBED TO BY LISA'S AUTO REPAIR, 50-30 70TH STREET, QUEENS, NEW YORK (the "SUBJECT TELEPHONE"); and

2

    2.    That this Order and application be sealed until further Order of this Court.

Dated:    Brooklyn, New York
           April 24, 2007

                                      _____
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION OF THE     <u>APPLICATION</u>
UNITED STATES OF AMERICA FOR AN ORDER
AUTHORIZING THE INTERCEPTION OF WIRE
COMMUNICATIONS OCCURRING TO AND FROM
TELEPHONE NUMBER (718) 335-7928,
SUBSCRIBED TO BY LISA'S AUTO REPAIR,
50-30 70TH STREET, QUEENS, NEW YORK

- - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant U.S. Attorney Scott B. Klugman herein applies for an Order:

      (a) authorizing agents of the Drug Enforcement Administration to destroy 80 cassette tape recordings of wire communications intercepted between June 5, 1990 and July 3, 1990, occurring to and from TELEPHONE NUMBER (718) 335-7928, SUBSCRIBED TO BY LISA'S AUTO REPAIR, 50-30 70TH STREET, QUEENS, NEW YORK (the "SUBJECT TELEPHONE"); and

      (b) directing that this Order and Application be sealed until further order of this Court.

      In support of this Application, ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant U.S. Attorney Scott B. Klugman, represents as follows:

      1. On June 5, 1990, the New York Drug Enforcement Task Force applied for an Order from this Court authorizing the

2

interception of wire communications occurring to and from the SUBJECT TELEPHONE. The requested Order was granted on June 5, 1990. Pursuant to that Order, agents intercepted calls over the SUBJECT TELEPHONE from June 5, 1990 through July 3, 1990, and these calls were recorded onto 80 cassette tapes (the "80 Tapes").

2. On July 5, 1990, the Hon. Reena Raggi signed an Order sealing the 80 Tapes and directing that the 80 Tapes be held in the custody of the New York Drug Enforcement Task Force for a period of ten (10) years from the date of the Order. A copy of Judge Raggi's Order is attached hereto.

3. As more than ten years has elapsed since the issuance of the aforementioned order, the government hereby requests authorization to allow agents of the Drug Enforcement Administration to destroy the 80 Tapes. I have conferred with Special Agent Brian Jasey of the Drug Enforcement Administration, who informed me that the investigation involving these wiretaps is inactive; that there are no fugitives or defendants pending either trial or sentencing; and that the Drug Enforcement Administration is in the process of closing its file on this case.

3

WHEREFORE, it is hereby requested that this Court issue an Order granting this Application.

Dated:   April 23, 2007
         Brooklyn, New York

                                                      Scott B. Klugman
                                                      Assistant U.S. Attorney
                                                      Eastern District of New York

DWS:LDG:ld
F.#

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS        O R D E R
OCCURRING TO AND FROM TELEPHONE
NUMBER (718) 335-7928 SUBSCRIBED
TO BY LISA'S AUTO REPAIR, 50-30
70TH STREET, QUEENS, NEW YORK.

- - - - - - - - - - - - - - - - - - -X

Upon consideration of the attached application of the UNITED STATES OF AMERICA, by Assistant United States Attorney Lawrence D. Gerzog, and upon finding that disclosure of the subject electronic surveillance would interfere with an ongoing criminal investigation, and also upon finding that the motion of the UNITED STATES OF AMERICA is made in good faith, it is hereby:

O R D E R E D

1. That 80 cassette tape recordings of wire communications intercepted between June 5, 1990 and July 3, 1990 pursuant to an Order of this Court dated June 5, 1990 occurring to and from TELEPHONE NUMBER (718) 335-7928, SUBSCRIBED TO BY LISA'S AUTO REPAIR, 50-30 70TH STREET, QUEENS, NEW YORK be sealed;

2. That the aforementioned cassette tapes be held in the custody of the New York Drug Enforcement Task Force for a

2

period of ten (10) years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction;

3. That the contents of the said cassette tapes be disclosed only upon the order of this Court or any other Court of competent jurisdiction, except that disclosure may be made to other law enforcement agencies pursuant to Title 18, United States Code, Section 2517;

4. That the notification requirements of Title 18, United States Code, Section 2518(8)(d) be postponed as to all parties intercepted during the subject electronic surveillance for a period of ninety days from the date of this Order; and

5. That this Order and Application be sealed until further order of this Court.

Dated: Brooklyn, New York
　　　　July 5, 1990

　　　　　　　　　　　　/s/ Reena Raggi
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　EASTERN DISTRICT OF NEW YORK